UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| YUSEF-MALIK E. MYRICK, | ) | CASE NO. 4:25CV02086 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| v. | ) | |
| | ) | ORDER |
| J. ELLIS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*Pro se* plaintiff Yusef-Malik E. Myrick has filed a motion to proceed in this matter *in forma pauperis*.  (Doc. No. 2).  The motion is granted.

Pursuant to 28 U.S.C. § 1915(b), a filing fee in the amount of $350.00 is due. There is no initial payment due. Going forward, the prison cashier's office shall deduct, and forward to the Court,  20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.

The Clerk is directed to issue a copy of this order and the attached instructions, which are incorporated herein, to the plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the Court's financial office.

IT IS SO ORDERED.

*CarmenHenderson*
CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE

DATED: December 1, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| YUSEF-MALIK E. MYRICK , | ) | CASE NO. 4:25CV02086 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| v. | ) | |
| | ) | **PL-3 PAYMENT FORM** |
| J. ELLIS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STAPLE CHECK HERE**:

PL-2 (7/96) N.D. OHIO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

**INSTRUCTIONS FOR PAYMENT OF PRISONER FILING FEE AND
SUBSEQUENT INSTALLMENT PAYMENTS**

---

The prisoner shown as the plaintiff on the attached order has filed a civil action *in forma pauperis* in this court and owes the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

The initial partial fee listed on the attached order, **IF ANY**, should be deducted by the prison cashier's office from the prisoner's account, when funds are available therein, until the initial partial fee is paid.  A check (or checks) in the appropriate amount(s) should be attached to a form like that accompanying these instructions and sent to the address indicated below.

Following the payment of the initial partial fee, **IF ANY**, and continuing thereafter until the full fee has been paid, monthly payments of 20% of the preceding month's income credited to the prisoner's account should be deducted and forwarded to the court each time the amount in the account exceeds $10.

If the prisoner has filed more than one complaint in this district, (s)he is required to pay a fee in each case. The prison cashier's office shall make the monthly calculations and payments for each case in which it receives an order granting *in forma pauperis* status and these instructions.  **The prisoner's name and case number must be noted on each remittance.**

Checks are to be made payable to:

**Clerk, U.S. District Court**

Checks are to be sent to:

**Prisoner Accounts Receivable
Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, Ohio  44113-1830**