PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YUSEF-MALIK E. MYRICK, | ) | |
| | ) | CASE NO.  4:25-cv-2086 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| J. ELLIS, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On October 1, 2025, *pro se* Plaintiff Yusef-Malik E. Myrick filed the Complaint alleging civil rights violations under 42 U.S.C. § 1983.  ECF No. 1.  The assigned magistrate judge granted his motion to proceed *in forma pauperis* on December 1, 2025.  ECF No. 4.

Plaintiff is ordered to provide the Clerk's Office with completed U.S. Marshals Service ("Marshals Service") forms and summonses for service on all Defendants.  *See* FED. R. CIV. P. 4(c) and (h); L.R. 4.1(a).  The Clerk's Office is directed to send Plaintiff sufficient forms and summonses along with a copy of this Order.  Plaintiff is ordered to complete the forms and summonses sent to him by the Clerk's Office.  The Clerk's Office shall forward the completed forms and summonses to the Marshals Service for service.

Plaintiff shall comply within 30 days of the date of this Order.  Plaintiff is also ordered to provide a "Notice of Compliance," with an appropriate case caption for filing, with the

(4:25CV2086)

completed forms and copies.  Failure to comply with this Order by February 25, 2026, will result in dismissal of this action without further notice.


      IT IS SO ORDERED.


| January 26, 2026 | /s/ Benita Y. Pearson |
| --- | --- |
| Date | Benita Y. Pearson |
| | United States District Judge |