Case # 4:25-CV-02086-BYP

FILED
APR 21 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Your Honor,

I am writing this letter to seek immediate Judicial intervention. Recently - a date unknown to me at this time - I submitted a motion for a Writ of Mandamus and T.R.O against specific defendants named in my Complaint.

Your Honor, Since filing my Complaint in October 2025, I have been subjected to an egregious number of deprivations, including - but not limited to - denial of Law Library access, denial of verified legal calls with Stand-by Counsel, and even confiscation of my work-product and discovery.

It is because my rights were being deprived that I filed the 1983 action. That the deprivation escalated after I filed the Complaint is especially heinous, showing that the defendant's are unrelenting in and unconcerned with their actions. The escalated deprivation prompted me file for a Writ of Mandamus and TRO.

Your Honor, while awaiting a Ruling on the Writ and TRO, the deprivations have escalated even further. On 4/11/26, I was placed on "property restriction." All property - including legal work-product, discoverys and writing materials - was removed from my cell.

On the same date, my flash drive containing my work-product for both this case and my criminal case, as well as my discovery for my criminal case, was confiscated without cause. Chief of Security Douglas (Defendant #5) and Assistant Warden Crenshaw (Defendant #3) are claiming "it will be mailed out," but is still in the facility's possesion. An explination has yet to be given.

Your Honor, not only am I Pro-Se in these Civil Proceedings, I am also Pro-Se in my Criminal proceedings (Case # 22-CR-175-JLS-MJR) in the Western District of New York). Currently,

②

I am being denied access to the Law Library, the tablets —which have both the Lexis Nexus application and the Capability of Calling my Stand-by Counsel (GTL records will Show that I call Stand-by Counsel at 5:30 daily, but have been denied Since 4/19/26)— and my drive Containing all Work-Product and discovery. This blockage is entirely unconstitutional, violating my $4^{th}, 5^{th}, 6^{th}$ and 14th Amendment rights. I am Completely unable to proceed with this case, or prepare a defense, under the Current Conditions.

In addition to this recent deprivation, I have sent exhibits documenting other deprivations with this letter. I ask that the Court review each of these exhibits Closely.

I ask that the Court would Grant my Writ and TRO effective immediately to prevent Further deprivation and harassment.

Respectfully Submitted,

Yusef-Malik E. Myrick

4/15/26