PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YUSEF-MALIK E. MYRICK, | ) | CASE NO.  4:25-cv-2086 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| J. ELLIS *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

**I.**

Plaintiff Yusef-Malik E. Myrick, acting *pro se*, filed the Complaint on October 1, 2025. ECF No. 1.  The Court ordered Plaintiff to prepare the U.S. Marshals Service forms and summonses for service on all Defendants to be completed on or before February 25, 2026.  ECF No. 5.

Although Plaintiff timely filed a Notice of Compliance, he indicated that he could not identify the address of Defendants William Potter, Kevin Ross, Jacob Hall, Alysa Degeorge, Charles Blair, and Douglas Fender because these individuals are no longer employed at Northeast Ohio Correctional Center.  ECF No. 6.  This notice does not demonstrate good cause as to why he has failed to perfect service.  Plaintiff provides no evidence of any efforts he took to ascertain the Defendants' addresses, nor any other efforts of perfecting service consistent with Fed. R. Civ. P. 4.  In addition, Plaintiff failed to provide the proper forms and summonses for Defendant CoreCivic, Inc. or Northeast Ohio Correctional Center and has offered no explanation or demonstrated good cause for the delay.  ECF No. 6.

(4:25CV2086)

The Court grants Plaintiff an additional 21-day extension of the Rule 4(m) cutoff from the date of this Order.  The Clerk's Office is directed to send Plaintiff sufficient forms and summonses along with a copy of this Order.  Plaintiff is ordered to complete the forms and summonses sent to him by the Clerk's Office.  The Clerk's Office shall forward the completed forms and summonses to the Marshals Service for service.  If Plaintiff cannot show good cause why service of the summons and complaint was not made on or before May 12, 2026, the action against the Defendants CoreCivic, Inc., Northeast Ohio Correctional Center, William Potter, Kevin Ross, Jacob Hall, Alysa Degeorge, Charles Blair, and Douglas Fender will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m).

## II.

Defendants Joseph Camerot, Johnny Crenshaw, Bryant Douglas, Jennifer Franzini, Christina Kozicki, and Janora Sabo were each duly served with the Plaintiff's Complaint on March 10, 2026.  ECF No. 11.  Defendant Jason Ellis was duly served with the Plaintiff's Complaint on March 12, 2026.  ECF No. 12.  Since then, however, Defendants have failed to plead or otherwise respond.  On or before May 12, 2026, Plaintiff shall file with the Clerk of Court an appropriate application for entry of default under FED. R. CIV. P. 55(a), or show cause why the above-entitled case should not be dismissed for want of prosecution as to Defendants.

IT IS SO ORDERED.

April 22, 2026                                          */s/ Benita Y. Pearson*
Date                                                      Benita Y. Pearson
                                                            United States District Judge

2